IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN B. BERNSTEIN and CHRISTIE P. BERNSTEIN, Husband and Wife,

　　　　Plaintiffs,

　　v.

GEICO CASUALTY COMPANY, a/t/a/d/b/a "GEICO"

　　　　Defendant.

CIVIL ACTION
NO. 19-1899

# O R D E R

**AND NOW** this **19th** day of **March, 2020,** upon consideration of Defendant Geico Casualty Company's Motion for Partial Summary Judgment on Count II (ECF No. 35), and the response and reply thereto (ECF Nos. 36 & 37), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

　　1.　Defendant's motion for leave to file a reply (ECF No. 37) is **GRANTED;** and

　　2.　Defendant's motion for partial summary judgment on Count II (ECF No. 35) is **GRANTED.**

　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　s/Eduardo C. Robreno
　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**